UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

United States of America                                                  PLAINTIFF

versus                                  CIVIL ACTION 3:22-cv-196-MPM-JMV

Bonisha Deshay Cosby                                        DEFENDANT

## **DEFAULT JUDGMENT**

The defendant, Bonisha Deshay Cosby, having failed to appear, plead or otherwise defend in this action, and default having been entered on January 5, 2023, and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of plaintiff United States of America and against defendant Bonisha Deshay Cosby in the amount of $70,401.00, plus interest on the judgment at the legal rate until the judgment is satisfied, plus a filing fee of $402.00.

This the 9th day of January, 2023.

David Crews, Clerk of Court

s/ Jennifer L. Adams
Deputy Clerk